UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thorne,<br>    *Plaintiff*,<br><br>    v.<br><br>Mackeyboy Auto,<br>    *Defendant.* | Civil No. 3:10cv782 (JBA) |

ENDORSEMENT ORDER

Oral Motion to Dismiss Pursuant to Rule 41(a) [Doc. # 38] is GRANTED. The Clerk is directed to close this case.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 13th day of January 2011.